FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 16 2026

KEVIN P. WEIMER , Clerk

By: Christina Klimenko
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

BENITO COVARRUBIAS INIGUEZ

**CRIMINAL COMPLAINT**

Case Number: 2:26-MJ-32

I, the undersigned complainant, depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief. On or about November 5, 2024 in Barrow County, in the Northern District of Georgia, and elsewhere, the defendant, an alien, knowing he was not a citizen of the United States, knowingly made a false claim that he was a citizen of the United States in order to vote or register to vote in a federal, state, or local election, in violation of Title 18, United States Code, section 1015(f).

I further state that I am a Special Agent with DSS that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Frank A. Mabry

Signature of Complainant
Frank Mabry. Special Agent DSS

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

October 16, 2026 at Gainesville, Georgia
Date City and State

ANNA WHITE HOWARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Brian Pearce / 404-581-6000 /
Dwayne.brownA@usdoj.gov

# AFFIDAVIT

I, Frank A. Mabry, Special Agent with Diplomatic Security Service, depose and say under penalty of perjury:

## INTRODUCTION

1. I submit this Affidavit in support of an application for a Criminal Complaint against the following defendant: Benito COVARRUBIAS INIGUEZ (SUBJECT).

2. Based on the following facts, I submit that there is probable cause to believe that on November 5, 2024 in Barrow County, in the Northern District of Georgia, Benito COVARRUBIAS INIGUEZ (SUBJECT), born in Jalisco, Mexico in 1962, assumed the identity of J.L.O.L. with a date of birth in 1961 in Santa Isabel, Puerto Rico, and did knowingly made a false claim that he was a citizen of the United States in order to register to vote and/or vote in Federal, State, and/or local elections in violation of Title 18, United States Code, § 1015(f).

3. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation and information supplied to me by other law enforcement officers. In this affidavit, I have set forth only the facts I believe necessary to establish probable cause for the Criminal Complaint. This affidavit does not contain every material fact I have learned during the course of this investigation.

## AFFIANT BACKGROUND

4. I am a Special Agent with the United States Department of State (DOS), Diplomatic Security Service (DSS), serving in the Atlanta Resident Office (ARO) in Atlanta, Georgia. I am an "investigative or law enforcement officer of the United States" within the meaning of 22 U.S.C. § 2709. I have been a U.S. federal law

enforcement officer since 2017 when I began my career as a Special Agent with DSS. I started with DSS in Houston, Texas, and have been a Special Agent for 9 years. Furthermore, as a Special Agent with DSS, I am responsible for conducting criminal investigations of offenses under Titles 8, 18, and 22 of the United States Code. I have experience in both assisting and being the lead investigator in numerous federal investigations, including the investigation of human smuggling, human trafficking, identity theft, passport fraud, and visa fraud. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the DSS Basic Special Agent Course.

**PROBABLE CAUSE**

5. On March 15, 2010, SUBJECT, impersonating J.L.O.L., submitted a passport renewal application, Form DS-82, to the U.S. Department of State by U.S. mail. Under oath, SUBJECT claimed to be a U.S. citizen by virtue of birth in Puerto Rico on January 20, 1961.

6. As evidence of identity and U.S. citizenship, SUBJECT provided a U.S. passport with J.L.O.L.'s name and other identifiers, which SUBJECT had fraudulently obtained on or about January 10, 2000.

7. On March 25, 2010, SUBJECT fraudulently obtained a U.S. passport in the J.L.O.L. identity as a replacement for the expired passport described above in ¶6.

8. On January 23, 2019, SUBJECT applied to renew a Georgia driver's license with J.L.O.L.'s identifiers but SUBJECT's photograph at the Georgia Department of Driver

Services (DDS) customer service center in Lawrenceville, Georgia. On his renewal application, SUBJECT checked “Y” in the box which states “I am a U.S. Citizen.” He also checked “Y” in the box which states "Do you want to apply to register to vote?” and “Y” in the box which states "Do you affirm registration to vote?” As proof of U.S. citizenship, SUBJECT presented the 2010 U.S. passport in J.L.O.L.’s identity described above in ¶7. SUBJECT was issued a Georgia driver’s in J.L.O.L.’s identity.

9. A records check with the Georgia Secretary of State linked a voter registration number ending in 9270 with the J.L.O.L. identity assumed by SUBJECT. The voting record for this registration number on file with the Georgia Secretary of State shows that on November 5, 2024, “J.L.O.L.” voted in the 2024 general election in Barrow County, in the Northern District of Georgia. In order to do so, SUBJECT signed a Voter’s Certificate on the same date attesting under penalty of perjury that “I, J.L.O.L.,…am a citizen of the United States….”

10. On May 7, 2025, SUBJECT applied for a U.S. passport in the J.L.O.L. identity at the U.S. post office in Winder, Georgia. As evidence of identity, SUBJECT presented the Georgia driver’s license number in J.L.O.L.’s name described above in ¶8. As evidence of citizenship, SUBJECT presented the expired U.S. passport in the J.L.O.L. identity described above in ¶7.

11. On page 2 of the passport application, SUBJECT, impersonating J.L.O.L., listed his emergency contact as “O. Covarrubias” (O.C.P.) with an address in Winder, Georgia, and described their relationship as "Friend." O.C.P. lists SUBJECT as his father on his 2007 U.S. passport application.

12. On May 19, 2025, a U.S. passport and U.S. passport card were issued to SUBJECT in the J.L.O.L. identity. The photograph on the 2025 passport matches the photograph on the 2010 passport described in ¶7, accounting for the passage of time.

13. On July 30, 2010, SUBJECT's daughter G.C.P applied online for a non-immigrant visa to travel temporarily to the United States. She listed her father as "Benito Covarrubias Iniguez." She also listed her brother, O.C.P., as a U.S. citizen living in the United States and named him as her relative in the United States. A consular officer denied the visa application.

14. In a 2017 application to renew his U.S. passport, SUBJECT's son, O.C.P., listed an address on Patrick Mill Road in Winder, Georgia. In Block 19, he named "Benito COVARRUBIAS" as his emergency contact and listed the relationship as "Dad." In the FATHER section, O.C.P. listed the same Patrick Mill Road address as for himself and a phone number ending in -3530.

15. On November 7, 2006, SUBJECT submitted a change of address form in the J.L.O.L. identity at a Gwinnett County polling location reporting a move from Snellville, Georgia to Winder in Barrow County, Georgia. SUBJECT gave the Patrick Mill Road referred to in ¶14 above as his new address.

16. In a previous application for a U.S. passport submitted in 2007, O.C.P. listed his father as "Benito Covarrubias." The boxes for place of birth and citizenship of FATHER state "Mexico" and NOT a U.S. citizen.

17. In a 2021 application for a U.S. passport, another of SUBJECT's sons, L.F.C., listed his father as "Benito Covarrubias" and stated that SUBJECT was born in Mexico on March 21, 1961. The application further stated that SUBJECT is not a U.S. citizen.

18. In 2016, SUBJECT's daughter, G.C.P., applied for a U.S. passport under the assumed identity X.J.C.L. On June 11, 2024, G.C.P. was indicted in this District in 1:24-cr-194 for making a false statement in a U.S. passport application in violation of 18 U.S.C. § 1542.

19. On August 25, 2026, Special Agents searched the Barrow County Property Tax website (https://www.barrowga.org/526/GIS). It lists the J.L.O.L. identity and daughter G.C.P. as co-owners of a property in Winder, Georgia purchased by "J.L.O.L." in 2020. The property record refers to G.C.P. as "G.G.C.", adding her middle name starting with G. and omitting her second last name, Pelayo.

20. On September 3, 2026, DSS Special Agents arrested G.C.P. on a felony warrant for passport fraud at the property described in ¶18. During the post-arrest interview, she confessed to obtaining a U.S. passport in an assumed identity as charged. Shown the "J.L.O.L." driver's license described in ¶8, G.C.P. identified the photo as her father, "Benito Covarrubias Iniguez." She memorialized this identification by writing "Este es mi papa Benito Covarrubias Iniguez." While on site, the agents obtained confirmation that the telephone number referenced in ¶13 belongs to SUBJECT.

21. On June 6, 2003, SUBJECT, using his full true name and the Patrick Mill address, filed an I-485 Application to Register Permanent Residence or Adjust Status." The record for this application lists his 1962 date of birth and place of birth as Mexico.

The “Beneficiary Class of Admission Description” states “EWI ENTRY WITHOUT INSPECTION.” The “Case Status Date” is listed as June 16, 2003, and “Case Status” as “IC REJECTION NOTICE SENT.”

**CONCLUSION**

22. Based on the information contained in this affidavit, I believe there is probable cause to believe that on or about November 5, 2024, SUBJECT did knowingly made a false claim that he was a citizen of the United States in order to register to vote and vote in Federal, State, and/or local elections in violation of 18 U.S.C. § 1015(f).

**END OF AFFIDAVIT**